GLOBE INDEMNITY COMPANY, Appellant, v. W. H. YAGER & SONS, INC., Defendant, Impleaded with CHESTER G. YAGER and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WESLEY A. ROCHE, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Defendants, Impleaded with KNICKERBOCKER VILLAGE, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FLEETWOOD FOUNDATION, INC., Respondent, v. DAILY MIRROR, INC., and Another, Appellant.*— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the amount of the judgment rendered against both defendants to the sum of $15,186.10, the judgment against defendant Walter Winchell separately to stand; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of JEROME ROSENBERG for an Order Directing the GUARANTY TRUST COMPANY OF NEW YORK and GEORGE J. BAUMAN, as Trustees under the Last Will and Testament of HENRY ROSENBERG, Deceased, to Pay the Said JEROME ROSENBERG Certain Trust Funds and Adjudicate His Rights in Trust Fund. UNITED STATES OF AMERICA, Appellant; JEROME ROSENBERG, Petitioner, LESLIE LESTER, Receiver, GUARANTY TRUST COMPANY OF NEW YORK and GEORGE J. BAUMAN, Trustees, Respondents.— Order affirmed, with costs to the respondent Jerome Rosenberg. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [153 Misc. 46.]

SARAH DILLON, as Administratrix, etc., of MARTIN DILLON, Deceased, Appellant, v. MARY KILILLEA STEFFEN and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MYER ROBINSON, Respondent, v. JAN TELENGA, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ARTHUR W. CLEMENT and Another, as Executors and Trustees, etc., of EDWARD L. GRAEF, Deceased, Appellants, v. BICKFORD'S, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.